NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1557

HAEMONETICS CORP.,

Plaintiff-Appellee,

v.

BAXTER HEALTHCARE CORP. and FENWAL INC.,

Defendants-Appellants.

Appeal from the United States District Court for the District of Massachusetts in case no. 05-CV-12572, Judge Nathaniel M. Gorton.

ON MOTION

## O R D E R

Baxter Healthcare Corp. and Fenwal Inc. move for a 29-day extension of time, until January 29, 2010, to file their reply brief. Haemonetics Corp. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions of time should be anticipated.

FOR THE COURT

JAN 1 1 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  James W. Matthews, Esq.
     Gregory A. Castanias, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 1 2010

JAN HORBALY
CLERK